IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/08/21
```

**MEMO ENDORSED**

| | |
|---|---|
| ANDREA MORIN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:21-cv-07909-NSR |
| FORDHAM UNIVERSITY, HOWARD ROBINSON, and MARY ANN FORGEY, | ) **NOTICE OF DEFENDANT HOWARD ROBINSON'S MOTION TO DISMISS** |
| Defendants. | ) |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss, dated November 5, 2021, Defendant Howard Robinson moves this Court for an Order dismissing Plaintiff's claims against him in the above-captioned case, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

DATED: November 5, 2021

_____
Julie A. Nociolo, Esq.
E. Stewart Jones Hacker Murphy LLP
SDNY Bar Roll No. JN5887
Samantha K. Harris, Esq.
Allen Harris PLLC
*Pro Hac Vice Application Forthcoming*
*Attorneys for Defendant Howard Robinson*

Def. Robinson's Motion to Dismiss is DENIED without prejudice for failure to follow my Individual Practices. See Sec. 3.A.ii.

The Clerk of Court is kindly directed to terminate the motion on ECF No. 31.

SO ORDERED:

Dated: November 8, 2021
White Plains, NY

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE