USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANDREA MORIN,

            Plaintiff,

-v-

FORDHAM UNIVERSITY, HOWARD ROBINSON,
and MARY ANN FORGEY,

           Defendants.
------------------------------------------------------------------X

Case No. 7:21-cv-7909

ORDER FOR ADMISSION
PRO HAC VICE OF
SAMANTHA K. HARRIS

The Motion of Samantha K. Harris for admission Pro Hac Vice in the above-captioned action is GRANTED.

Applicant has declared that she is a member in good standing of the Bar of the State of Pennsylvania, and that her contact information is as follows:

    Samantha K. Harris, Esq.
    Allen Harris PLLC
    P.O. Box 673
    Narbeth, PA 19702
    Telephone: 860-345-5310
    Facsimile: 860-345-5310
    Email: sharris@allenharrislaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Howard Robinson;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice as counsel for Defendant Robinson in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys. The Clerk of the Court is kindly directed to terminate the Motion at ECF No. 34.

    Dated: November 16, 2021
           White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge