

Cullen and Dykman LLP
Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
T: 516.357.3700
F: 516.357.3792

**Seema Rambaran**

Associate
Direct Dial: (516) 357-3104
Facsimile: (516) 296-9155
srambaran@cullenllp.com

March 8, 2023

*VIA ECF*

*Honorable  J. Nelson Stephen Roman*
*United States District Judge*
**Federal Building and United States Courthouse**
**300 Quarropas Street**
**White Plains, New York 10601-4150**

> **Re:**  **Andrea Morin v. Fordham University, et al.**
>      **Case No.: 7:21-cv-07909 (NSR)**

Dear Clerk of the Court:

This letter will serve to advise the court that effective December 30, 2022, James G. Ryan is no longer with the firm of Cullen and Dykman LLP. As such, please remove him from any representation of any of the parties on the docket in the above referenced matter.

Please let me know if anything further is required.

Thank you.

Very truly yours,

Seema Rambaran