**ANTHONY J. SIANO, ESQ., PLLC**
*A PROFESSIONAL CORPORATION*
445 HAMILTON AVENUE, 11TH FLOOR
WHITE PLAINS, NEW YORK 10601

(914) 997-0100
FAX (914) 997-4179

ANTHONY J. SIANO

May 9, 2023

**(By PACER and Federal Express)**

Honorable Nelson S. Roman
United States District Judge
United States District Court for the
    Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

    Re: **Morin v. Fordham University, et al.**
         21 CV 7909 (NSR)

Dear Judge Roman:

    I am counsel for the plaintiff in the above referenced matter. I am writing as a reply on my motion to withdraw as Ms. Morin's counsel.

    Counsel for Fordham University has written to the Court on May 1, 2023 expressing no opposition to my application. Ms. Morin has filed no opposition papers. Ms. Morin has expressed no opposition to me.

    Should the Court grant my application, I would ask that the Court give Ms. Morin ample time to find new counsel.

                                                     Respectfully submitted,

                                                     Anthony J. Siano (S8842)

cc:    Seema Rambaran, Esq. (by e-mail and FedEx)
       Ms. Andrea Morin